NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANHATTAN HUNT A JOINT VENTURE,**
*Appellant*

**v.**

**SECRETARY OF THE NAVY,**
*Appellee*

---

2021-1112

---

Appeal from the Armed Services Board of Contract Appeals in No. 61477, Administrative Judge J. Reid Prouty, Administrative Judge Craig S. Clarke, Administrative Judge Owen C. Wilson.

---

**JUDGMENT**

---

DANIEL KENNETH FELSEN, Carlton Fields, P.A., Washington, DC, argued for appellant. Also represented by JOSEPH A. MCMANUS, JR.

JOHN MCADAMS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (MOORE, *Chief Judge*, REYNA and CHEN, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

December 14, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court